# Third District Court of Appeal
## State of Florida

Opinion filed June 30, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-0050
Lower Tribunal No. F18-4362

————————

**Johnathon Lopez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Johnathon Lopez, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.